**Martha Lopez LOPEZ, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 13-70931

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2017 *

Filed July 19, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Thomas A. Lappin, Esquire, Attorney, Law Office of Thomas A. Lappin, San Diego, CA, for Petitioner

OIL, Carlton Frederick Sheffield, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

MEMORANDUM **

Martha Lopez Lopez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision finding her removable. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law and constitutional claims. *Martinez-Medina v. Holder*, 673 F.3d 1029, 1033 (9th Cir. 2011). We deny the petition for review.

The agency did not err or violate due process in finding Lopez Lopez removable as charged, because *Samayoa-Martinez v. Holder* forecloses her contention that her statements to immigration officials at the border were unconstitutionally obtained in violation of 8 C.F.R. § 287.3(c). 558 F.3d 897, 901-02 (9th Cir. 2009); *see Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (an alien must show error and substantial prejudice to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.